# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ELISEO ORTEGA-ORTEGA,<br><br>　　　　　　　Defendant. | Case No.: 15-CR-2358-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice as to Defendant Eliseo Ortega-Ortega.

IT IS SO ORDERED.

Dated: October 15, 2015

_____
Hon. William Q. Hayes
United States District Judge